Oetken J.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BERMANE STIVERNE,

                            Plaintiff,

              - against -

DON KING, CARL KING, DON KING
PRODUCTIONS, INC., ELITE SPORTS AND
ENTERTAINMENT MANAGEMENT, INC., and
DANA JAMISON,

                            Defendants.
------------------------------------------------------------X

DON KING PRODUCTIONS, INC,

             Defendant-Counterclaim Plaintiff,

            - against -

BERMANE STIVERNE,

            Plaintiff-Counterclaim Defendant.

            - and -

CAMILLE ESTEPHAN,

            Additional Counterclaim Defendant.
------------------------------------------------------------X

13 Civ. 7767 (JPO) (MHD)

**STIPULATION
AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, by their undersigned counsel, that all claims and counterclaims in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party shall bear its own attorneys' fees and costs associated with this action.

17274795

Dated: January 15, 2014

COHAN RASNICK MYERSON
PLAUT LLP

By: _____
Jonathan D. Plaut

One State Street, 12th Floor
Boston, MA 02109
Tel: (617) 451-3200

*Attorneys for Plaintiff-Counterclaim Defendant Berman Stiverne*

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: _____
T. Barry Kingham
Andrew B. Zinman

101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Attorneys for Defendant-Counterclaim Plaintiff Don King Productions, Inc., and Defendants Don King and Dana Jamison*

THE LAW OFFICE OF
MARK D. SPEED

By: _____
Mark D. Speed

333 West 52nd Street
Suite 1003
New York, N.Y. 10019
(212) 344-3339

*Attorneys for Defendants Carl King and Elite Sports and Entertainment Management, Inc.*

**SO ORDERED:**

_____
THE HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

1/24/14